**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KARISSA A. RONKIN             ) | |
|             ) | |
|     Plaintiff,           ) | |
|             ) | Civil Action No. 1:12-CV-00729 (RBW) |
|     v.            ) | |
|             ) | |
| ANDY B. VINH            ) | |
|             ) | |
|     Defendant.           ) | |
|             ) | |

**O R D E R**

This matter came before the court pursuant to defendant Andy B. Vinh's motion for summary judgment. Afftter considering the motion, the opposition thereto and the record in this case, the court finds and concludes that the motion should be granted.

Therefore, it is this         day of           , 2014

ORDERED that Defendant's motion for summary judgment should be granted, and it is

FURTHER ORDERED that judgment is entered for Defendant Vinh and against Plaintiff Karissa Ronkin on all claims.

                                                                     _____

                                                      Judge Reggie B. Walton
                                                      U.S. District Court for the District of Columbia

Copy to:
Kathleen A. Carey
Devon Jacob