**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| | ) |
| KARISSA A. RONKIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )     Civil Action No. 12-729 (RBW) |
| | ) |
| ANDY B. VINH[1] | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

In accordance with the Memorandum Opinion issued this same day, it is hereby

**ORDERED** that the Motion of Plaintiff Karissa A. Ronkin for Partial Summary

Judgment is **DENIED.**  It is further

**ORDERED** that Defendant Vinh's Motion for Summary Judgment is **GRANTED IN**

**PART** as to the plaintiff's First, Second, and Fourth Claims for Relief and those claims are

**DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that Defendant Vinh's Motion for Summary Judgment **DENIED** as to the

plaintiff's Third, Fifth, and Sixth Claims for Relief.  It is further

**ORDERED** that parties shall appear before this Court for a status conference on

November 21, 2014 at 9:15 a.m., to advise the Court as to how they desire to proceed in light of

its ruling on their cross-motions for summary judgment.

**SO ORDERED** this 16th day of October, 2014.

REGGIE B. WALTON
United States District Judge

---

[1] The plaintiff incorrectly captioned this case "Karissa A. Ronkin v. Andy B. Vihn" in her complaint and as a result of this error the case was docketed as such.  However, because the appropriate spelling of the defendant's last name is "Vinh," the Court uses the correct spelling in its Order.